UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Prince Boyle Wylie,

        Petitioner,

v.

U.S. Department of Homeland Security – I.C.E,

        Petitioner.

Civil No. 13-0709 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) **IS DISMISSED AS MOOT**.

3. This matter **IS DISMISSED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 21, 2013              s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge